UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>NEWMONT USA LIMITED and DAWN MINING COMPANY, LLC,<br><br>    Defendants.<br><br>DAWN MINING COMPANY, LLC,<br><br>    Third-party Plaintiff,<br><br>vs.<br><br>ORTENCIA FORD and DONNELLY VILLEGOS,<br><br>    Third-party Defendants. | NO. CV-05-020-JLQ<br><br>ORDER **GRANTING** DEFENDANTS' MOTIONS TO AMEND ANSWERS, **RESERVING** UNITED STATES MOTION FOR PROTECTIVE ORDER, **GRANTING** LEAVE TO TAKE CERTAIN DEPOSITIONS, AND **ORDERING** ADDITIONAL BRIEFING ON THE ISSUE OF CONFIDENTIAL MATERIALS |

On December 15, 2006, this court held a telephonic hearing on Defendant Newmont USA Limited's Motion for Leave to Amend Answer to Add Affirmative Defenses, (Ct. Rec. 51), Defendant Dawn Mining Company's Motion for Leave to Amend Answers to Add Affirmative Defenses, (Ct. Rec. 54), and Plaintiff United States' Motion for Ruling on Record Review and Protective Order. (Ct. Rec. 48). **Paul J. Gormley** represented the United States of America. **Elizabeth H. Temkin, Michael R. Thorp**, and **Nathan M. Longenecker** represented Defendant Newmont USA Limited. **Mark W. Schneider** and **Matthew D. Diggs** represented Defendant Dawn Mining Company LLC.

This Order is intended to memorialize the oral rulings of the court. Accordingly,

**IT IS HEREBY ORDERED:**

    (1)  Defendant Newmont USA Limited's Motion for Leave to Amend Answer to

ORDER - 1

Add Affirmative Defenses and Defendant Dawn Mining Company's Motion for Leave to Amend Answers to Add Affirmative Defenses are **GRANTED.** (Ct. Rec. 51 & 54). Defendants shall serve and file their amended answers within **ten (10) days** of this Order.

(2) Plaintiff United States' Motion for Ruling on Record Review and Protective Order is **RESERVED** and may be renewed at an appropriate future date. (Ct. Rec. 48). However, Defendants are granted leave to conduct a single half-day deposition of EPA Project Manager Ellen Hale and a single half-day deposition of John Thackston, Midnite Mine site manager for URS Corporation.

(3) Within **ten (10) days** of this Order, the Government shall file and serve a memorandum of points and authorities to support the Government's decision to withhold documents from the Defendants that the Government alleges are confidential because of the Memorandum of Agreement between the Environmental Protection Agency and the Spokane Indian Tribe, or because the documents have been designated as confidential by the Tribe. The Government shall address the confidentiality of the withheld documents and the legal basis for not furnishing the documents to the Defendants. The Government shall also submit these allegedly confidential documents to the court, *in camera*, for the court's review. In addition, the Government shall submit, for the court to review *in camera*, any documents withheld due to privilege where the Government is uncertain as to the applicability of the asserted privilege. After service, Defendants shall have **seven (7) days** to file and serve a response.

**IT IS SO ORDERED**. The Clerk is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this 18th day of December 2006.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE